# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1187
_____

KOVAR LAW GROUP,

   Appellant,

   v.

STEVE HOYT, TOWER HILL
SELECT INSURANCE CO., et al,

   Appellees.

_____


On appeal from the Circuit Court for Bay County.
William S. Henry, Judge.


August 13, 2025


PER CURIAM.

   DISMISSED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher Hixson of Hixson Law Group, Clearwater, for Appellant.

Martin E. Leach of Feiler Leach & Chong, Coral Gables, for Appellee Steve Hoyt.